IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00032-MP

HARRY BURNELL MARTIN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 63, an Order of the Eleventh Circuit Court of Appeals, temporarily remanding this case for the determination of whether Mr. Martin's untimely filing of his notice of appeal resulted from good cause or excusable neglect.

On March 4, 2004 Martin appeared before the undersigned and entered a plea of guilty to all three Counts in the indictment. On June 23, 2004 Martin was sentenced to an aggregate term of 271 months. (151 months in Count I to run concurrent with Counts II and III, 121 months as to Count II to run consecutive to Counts I and III, 120 months in Count III to run concurrent with Counts I and II; supervised release of five years as to Counts I and II and three years as to Count III to run concurrent.) On July 16, 2004, more than 10 days after sentencing, a Notice of Appeal was filed pro se by Martin. On August 18, 2004, former counsel of record, Mr. Bernstein, filed a Motion to Withdraw which was granted on November 17, 2004. Attorney Miller filed a Notice of Appearance on November 23, 2004 for purposes of appeal.

On October 28, 2004 the Eleventh Circuit Court of Appeals remanded to the District Court for purposes of determining the issue of "excusable neglect" with regard to the untimely filing of the notice of appeal. On April 19, 2005 this court ordered Martin to file a brief accompanied by sworn affidavit addressing the issues raised by the Eleventh Circuit. The document was originally due to be filed on or before May 6, 2005, but on May 5, 2005, defendant filed a motion to extend the time for responding. The Court hereby grants that motion, nunc pro tunc to May 5, 2005. Mr. Martin has now filed the appropriate brief and affidavit.

Martin argues that on the day of sentencing, June 16, 2004, he asked his retained counsel to file a Notice of Appeal in his behalf. Counsel reportedly stated that he would not file a Notice of Appeal for Martin and thereafter refused to receive telephone calls from Martin while Martin was in the custody of the United States Marshal awaiting transfer to his designated BOP facility. Thereafter on June 20, 2004, Martin mailed a letter to retained counsel, Bernstein, requesting that counsel file a Notice of Appeal and that Martin would employ new counsel or file an appeal pro se if necessary. See exhibit letter dated June 20, 2004. Martin contends that he in good faith notified retained counsel that he desired an appeal with respect to sentencing errors and that counsel neglected to file Notice of Appeal in a timely manner.

The Court credits Mr. Martin's sworn version of the events and hereby determines that Mr. Martin's good faith attempts to have counsel file the notice of appeal, coupled with his

immediate filing of a notice of appeal pro se once he determined retained counsel would not do so, constitute "good faith" and "excusable neglect" for the untimeliness of his appeal. It is hereby

    **ORDERED AND ADJUDGED:**

1. The Court determines that Mr. Martin's untimely notice of appeal from the judgment resulted from good cause or excusable neglect.

2. The motion to continue, doc. 85, is granted nunc pro tunc to May 5, 2005.

3. The Clerk is directed to provide a copy of this order to the Eleventh Circuit Court of Appeals.

    **DONE AND ORDERED** this _9th_ day of June, 2005

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge