IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO.1:03CR32-MMP/AK

HARRY BURNELL MARTIN,

    Defendant.
_____/

## O R D E R

This § 2255 matter is before the Court on Doc. 110, Motion to Expedite, by Harry Burnell Martin. Defendant's motion to vacate is presently eighth in line for decision behind other motions to vacate and petitions for writs of habeas corpus. It will be decided in due course. Therefore, the motion to expedite is **DENIED**.

**DONE AND ORDERED** this 23rd day of February, 2009

                                       *S/A. Kornblum*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**